UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GET SEEN MEDIA GROUP, LLC, a Wyoming limited liability company; FRANCIS MUSTAFA,<br><br>Plaintiff,<br><br>v.<br><br>ORION TILLER; LEADVERTICALS, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:20-cv-11682 JAK (PDx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 76)**<br><br>JS-6 |

Based on a review of the parties' Joint Stipulation for Dismissal with Prejudice (the "Stipulation" (Dkt. 76)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** Pursuant to Federal Rules of Civil Procedure 41(a), all claims of plaintiffs and all counter-claims of counter plaintiff are dismissed in their entirety with prejudice.

**IT IS SO ORDERED.**

Date: January 20, 2022

John A. Kronstadt
United States District Judge